eral, and *Lloyd T. Chockley* for petitioners. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondents.


No. 176.   PEARCE *v.* PENNSYLVANIA RAILROAD CO.. ET AL.   Certiorari denied. *Lee Pressman* and *Frank Donner* for petitioner. *Thomas Raeburn White* for respondents.


No. 177.   CHERETON *v.* UNITED STATES.   Certiorari denied. *William G. Fitzpatrick* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.


No. 194.   DEBARTOLO *v.* VILLAGE OF OAK PARK.   Certiorari denied. *Ode L. Rankin* for petitioner. *Amos M. Mathews* for respondent.


No. 195.   CARON CORPORATION *v.* OLLENDORFF.   Certiorari denied. *Maurice Léon, Joseph H. Choate, Jr.* and *William Byrd* for petitioner. *Samuel Conrad Cohen* and *Abraham J. Nydick* for respondent.


No. 199.   CENTRAL NEBRASKA PUBLIC POWER & IRRIGATION DISTRICT *v.* FEDERAL POWER COMMISSION.   Certiorari denied. *Wendell Berge, P. E. Boslaugh* and *Robert Flory* for petitioner. *Solicitor General Perlman, Assistant Attorney General Ford, Paul A. Sweeney, Melvin Richter, Willard W. Gatchell* and *Joseph B. Hobbs* for respondent.